**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **ELB Capital, LLC,** | ) | **Case No.: 08-10688** |
| | ) | |
| | ) | **Chapter 7** |
| **Debtor.** | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF FILING

To:    See Attached Certificate of Service

     Please Be Advised that on July 24, 2008, the undersigned filed with the United States Bankruptcy Court for the Northern Division of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois, its Request for Addition to the 2002 Service List, a copy of which is attached hereto.

                           **Respectfully submitted,
                              HEARTLAND BANK**


                           By:    /s/ Jean Soh

JEAN SOH  (#6285187)
Polsinelli Shalton Flanigan Suelthaus PC
180 N. Stetson, Ste 4525
Chicago, IL 60601
Telephone:  (312) 873-3628
Fax:  (312) 873-2928

## **CERTIFICATE OF SERVICE**

    I, Jean Soh , hereby certify that on July 24, 2008, I delivered this Notice of Filing and the document to which reference is made by electronic transmission to all persons who have followed the electronic notice procedures in the above-referenced case on this 24th day of July.

                      /s/ Jean Soh