## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 7 CASE |
| | ) |
| ELB CAPITAL LLC, | ) CASE NO: 08 B 10688 |
| | ) |
| DEBTOR. | ) |
| | ) HEARING DATE: Wednesday, September 24, 2008 |
| | ) HEARING TIME: 10:00 A.M. |
| | ) |
| | ) HON. SUSAN PIERSON SONDERBY |
| | ) BANKRUPTCY JUDGE |

## AMENDED NOTICE OF MOTION

To:  See Attached Service List

**PLEASE TAKE NOTICE** that on **September 23, 2008**, at the hour of **9:30 a.m.,** I shall appear before the Honorable Susan Pierson Sonderby, United States Bankruptcy, Judge, or any Judge sitting in her stead, in Courtroom 642, 219 South Dearborn Street, Chicago, Illinois, and then and there present **TRUSTEE'S MOTION TO EMPLOY COUNSEL**, a copy of which is attached hereto, made a part hereof, and previously served upon you.

　　　　　　　　　　　　　　　　　　　　　/s/ Karen R. Goodman
　　　　　　　　　　　　　　　　　　　　　Karen R. Goodman, Trustee

Karen R. Goodman, Esq. (#1008242)
SHEFSKY & FROELICH, LTD.
111 East Wacker Drive, Suite 2800
Chicago, Illinois  60611
Phone:  (312)527-4000
Fax:  (312)527-2015

## CERTIFICATE OF SERVICE

　　　　The undersigned attorney certifies that copies of this **Amended Notice and Trustee's Motion to Employ Counsel** were served upon the above persons by placing copies of same via ECF and in the U.S. Mail at 111 East Wacker Drive, Chicago, Illinois, with property postage prepaid on the **12th** day of **September**, 2008.

　　　　　　　　　　　　　　　　　　　　　/s/ Karen R. Goodman
　　　　　　　　　　　　　　　　　　　　　Karen R. Goodman

## **SERVICE LIST**

United States Trustee
227 West Monroe Street
Suite 3350
Chicago, Illinois  60606

Forrest L. Ingram, P.C.
Attorneys and Counselors
79 West Monroe Street
Suite 900
Chicago, Illinois  60603

Document2