Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

ELB CAPITAL, LLC
2255 Chestnut Ave.
Glenview, IL 60026
SSN: EIN: 20–3940294

Case No. :  08–10688
Chapter :  7
Judge :  Susan Pierson Sonderby

---

Debtor's Attorney:

Forrest L Ingram
Forrest L. Ingram, P.C.
79 W Monroe Street
Suite 900
Chicago, IL 60603

312 759–2838

Trustee:

Karen R Goodman ESQ
Shefsky & Froelich Ltd
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

(312) 836–4048

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above–named debtor(s) on *April 29, 2008 .*

1. *February 3, 2009* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *February 3, 2009* is fixed as the last day for filing or claims by govenmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the above date fixed as the last day for the filing of claims will not be timely, except as otherwise provided by law. A claim may be filed in person or by mail on an official form prescribed for a proof of claim. If you wish to file a claim, please use the claim form on the reverse side.

For the Court,

Dated: November 4, 2008

Kenneth S. Gardner , Clerk
United States Bankruptcy Court