**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **ELB Capital, LLC,** | ) | **Case No.: 08-10688** |
| | ) | |
| | ) | **Chapter 7** |
| **Debtor.** | ) | |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

Heartland Bank, a creditor in this bankruptcy case hereby withdraws the Proof of Claim filed on February 3, 2009 as Claim No. 8.

Respectfully submitted,

HEARTLAND BANK

By:   /s/ Jean Soh
          One of Its Attorneys

Jean Soh  (#6285187)
POLSINELLI SHUGHART PC
Two Prudential Plaza
180 N. Stetson, Ste 4525
Chicago, IL 60606
Telephone:  (312) 873-3628
Fax:  (312) 873-2928

**CERTIFICATE OF SERVICE**

47595.1

   I, Jean Soh , hereby certify that on February 3, 2009, I delivered this Notice of Withdrawal of Proof of Claim by electronic transmission to all persons who have followed the electronic notice procedures in the above-referenced case.

                  /s/ Jean Soh

Jean Soh  (#6285187)
POLSINELLI SHUGHART PC
Two Prudential Plaza
180 N. Stetson, Ste 4525
Chicago, IL 60606
Telephone:  (312) 873-3628
Fax:  (312) 873-2928

2

47595.1