IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )   Case Number 08 B 10688
                                          )
    ELB Capital, LLC,                    )   Judge Susan Sonderby
                                          )
                  Debtor.     )   Chapter 7

### ORDER TO MODIFY STAY

This cause coming on to be heard on ShoreBank's Motion to Modify Stay and for Other Relief, due notice having been given, and a hearing being had, it appearing to the Court that Movant has a valid security interest in the collateral described in its motion; that Debtor is unable to afford Movant adequate protection for its interest in said collateral; there being no objection to the entry of this order; and the Court being fully advised in the premises, it is therefore;

ORDERED, ADJUDGED and DECREED that ~~ShoreBank's Motion to Modify the Stay is granted and~~ the stay afforded by 11 U.S.C. § 362 be, and it hereby is, modified to permit ShoreBank, its successors and assigns, to foreclose its security interests and take all other action it deems necessary to recover on its security interests against or in:

1. the real estate commonly known as 7901-11 S. Clyde, Chicago, Illinois (legally titled in the name of Debtor); and
2. the beneficial interest in the land trust known as Chicago Title Land Trust Company not personally, but as Trustee under Trust Agreement dated June 14, 2006, and known as Trust Number 8002346754 ("Land Trust") and the following described real estate (legally titled in the name of the Land Trust):

    448 Price, Calumet City, Illinois;
    526 Buffalo, Calumet City, Illinois;
    14710 Dante, Dolton, Illinois;
    670 142nd Street, Dolton, Illinois; and
    12247 Peoria, Chicago, Illinois.

3. Bankruptcy Rule 4001(a)(3) is waived and not applicable.

Date: June 23, 2009                        ENTER:
                                           _____
                                           JUDGE

Carrie A. Dolan (ARDC No. 6224808)
COHON RAIZES & REGAL LLP
208 S. LaSalle Street, Suite 1860
Chicago, Illinois 60604
(312)726-2252