# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ELB CAPITAL, LLC, | ) | CASE NO: 08 B 10688 |
| | ) | |
| DEBTOR. | ) | HEARING DATE: Wednesday, November 18, 2009 |
| | ) | HEARING TIME: 10:00 A.M. |
| | ) | |
| | ) | HONORABLE SUSAN PIERSON SONDERBY |
| | ) | U.S. BANKRUPTCY JUDGE |
| | ) | |

## ORDER

**THIS CAUSE COMING** on to be heard upon the Trustee's Motion to Employ Alan D. Lasko and the accounting firm of Alan D. Lasko & Associates, Inc. ("Lasko"), as accountants for the Trustee, due notice having been given and the Court finding that Alan D. Lasko and the accounting firm of Alan D. Lasko & Associates, Inc. are disinterested persons with the meaning of 11 U.S.C. §101(14);

**IT IS HEREBY ORDERED THAT** the Trustee is authorized to employ Alan D. Lasko of the accounting firm of Alan D. Lasko & Associates, Inc., certified public accountants, and with all compensation to be paid as an administrative expense in such amount as this Court may hereinafter determine and allow upon proper application.

Dated: __NOV 1 8 2009__        ENTER:

_____
Honorable Susan Pierson Sonderby
U.S. Bankruptcy Judge

1135771_1