# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ELB Capital, LLC | ) | Case No. 08-10688 |
| | ) | |
| Debtor. | ) | Judge Susan Pierson Sonderby |
| | ) | |
| | ) | Hearing: December 2, 2009 at 9:30 a.m. |

## NOTICE OF MOTION

To:   See attached service list

PLEASE TAKE NOTICE that on December 2, 2009 at 9:30 a.m.**,** the undersigned will appear before the Honorable Susan Pierson Sonderby, Bankruptcy Judge, in Courtroom 642, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois the Bankruptcy Court for the Northern District of Illinois, Eastern Division, and shall then and there present **MOTION TO COMPEL TRUSTEE TO ABANDON PROPERTY**, a copy of which is enclosed herewith and served upon you.

/s/ Forrest L. Ingram

Forrest L. Ingram, #3129032
Michael V. Ohlman #6294512
FORREST L. INGRAM, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Forrest L. Ingram, an attorney, certify that I have served a true and correct copy of the above and foregoing notice and the documents to which it refers on those whose names appear on the attached service list by electronic case filing, or by US Mail and email, as indicated on the list, on November 24, 2009, before the hour of 5 p.m.

/s/Forrest L. Ingram

## SERVICE LIST

**Via US Mail**

ELB Capital, LLC
c/o Maurice Byrd
2255 Chestnut Ave.
Glenview, IL 60026

**Via CM/ECF**

**Carrie A. Dolan**
Cohon, Raizes & Regal LLP
208 S. LaSalle Street
Suite 1860
Chicago, IL 60604

**Karen R Goodman**
Shefsky & Froelich Ltd
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

**Jean Soh**
Polsinelli Shughart, P.C.
180 N. Stetson
Ste 4525
Chicago, IL 60601