IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ELB Capital, LLC | ) | Case No. 08-10688 |
| | ) | |
| Debtor. | ) | Judge Susan Pierson Sonderby |
| | ) | |
| | ) | |

## ORDER

This matter coming before the Court on Debtor's Motion to Compel Trustee to Abandon Interest in Property, due notice having been given, the Court having jurisdiction and being fully advised in the premises,

IT IS HEREBY ORDERED:

1. ~~Debtor's Motion to Compel Trustee to Abandon Interest in Property is granted;~~

2. Pursuant to 11 U.S.C. §544(b), the Trustee is ordered to abandon any and all interest in the real property located at: 448 Price, Calumet City, Illinois; 526 Buffalo, Calumet City, Illinois; 14710 Dante, Dolton, Illinois; 670 142nd Street, Dolton, Illinois; and 12247 Peoria, Chicago, Illinois.

DATE: DEC 02 2009

BY THE COURT:

Honorable Susan Pierson Sonderby
U.S. Bankruptcy Judge

This order prepared by
Forrest L. Ingram, P.C.

1