The Honorable: SUSAN PIERSON SONDERBY
Chapter 7
Location: Room 642
Hearing Date: 09/14/2010
Hearing Time: 10:30am

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: LLC, ELB CAPITAL | § | Case No. 08-10688 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 09/14/2010 in Courtroom 642, United States Courthouse Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/09/2010        By:   /s/KAREN R. GOODMAN
                                      Trustee

KAREN R. GOODMAN
SHEFSKY & FROELICH LTD.
111East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

**UST Form 101-7-NFR (9/1/2009)**

KAREN R. GOODMAN
SHEFSKY & FROELICH, LTD
111 East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

Chapter 7 Trustee

The Honorable:  SUSAN PIERSON SONDERBY
Chapter  7
Location:  Room 642
Hearing Date:  09/14/2010
Hearing Time:  10:30am
Response Date:  / /

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: LLC, ELB CAPITAL    § Case No. 08-10688
§
§
Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*    $ 22,822.20

*and approved disbursements of*    $ 41.55

*leaving a balance on hand of* [1]    $ 22,780.65

Claims of secured creditors will be paid as follows:

*Claimant*    *Proposed Payment*
        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

*Reason/Applicant*    *Fees*    *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Trustee* | KAREN R. GOODMAN | $ 3,032.09 | $ |
| *Attorney for trustee* | SHEFSKY & FROELICH, LTD | $ 2,302.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | ALAN D. LASKO | $ 4,877.60 | $ 42.00 |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| *Other* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 2,484,021.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | PEOPLES GAS LIGHT AND COKE CO | $ 518.80 | $ 2.62 |
| 2 | ComEd Company | $ 254.01 | $ 1.28 |
| 3 | American Express Bank FSB | $ 373.42 | $ 1.88 |
| 4 | American Express Bank FSB | $ 6,097.54 | $ 30.75 |
| 5S | ShoreBank | $ 972,000.00 | $ 4,901.28 |
| 5U | ShoreBank | $ 69,923.24 | $ 352.59 |
| 6S | ShoreBank | $ 750,000.00 | $ 3,781.85 |
| 6U | ShoreBank | $ 455,431.64 | $ 2,296.50 |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 15,621.01 | $ 78.77 |
| 9 | Heartland Bank | $ 213,802.27 | $ 1,078.09 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number     Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/KAREN R. GOODMAN
                         Trustee

KAREN R. GOODMAN
111 East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: ahamilton              Page 1 of 2                   Date Rcvd: Aug 10, 2010
Case: 08-10688                 Form ID: pdf006              Total Noticed: 36

The following entities were noticed by first class mail on Aug 12, 2010.
db           +ELB CAPITAL, LLC,    2255 Chestnut Ave.,    Glenview, IL 60026-1676
aty          +Forrest L Ingram,    Forrest L. Ingram, P.C.,    79 W Monroe Street,    Suite 900,
               Chicago, IL 60603-4914
aty          +Karen R Goodman,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
               Chicago, IL 60601-4277
tr           +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
               Chicago, IL 60601-4277
12188249     +American Express,    200 Vesey Street, 44th Floor,    New York, NY 10285-0002
12341692     +American Express,    Po Box 0001,    Los Angeles, CA 90096-8000
12188250     +American Express Bank FSB,    POB 3001,    Malvern, PA 19355-0701
12889621      American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12188251     +Bank of America,    P.O. Box 17054,    Wilmington, DE 19884-0001
12188252     +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
12188253     +Chicago Title Land Trust Co.,    171 N. Clark Street, Suite 575,    Chicago, IL 60601-3368
12188254     +City of Chicago Dept. of Water,    PO Box 6330,    Chicago, IL 60680-6330
12188255     +City of St. Louis,    City Hall, Building Div., Rm. 426,    1200 Market Street,
               Saint Louis, MO 63103-2826
12188257      Consolidatad Recovery Systems, Inc.,    PO Box 172193,    Memphis, TN 38187-2193
12341693     +David Hopkin,    14410 Dante,    Dolton, IL 60419
12188258     +E.L. Austin Plumbing and Sewer,    3750 Sullivan Ave.,    Saint Louis, MO 63107-2314
12188259     +Heartland Bank,    Jean Soh,    Polsinelli Shalton Flanigan Suelthaus,    180 N Stetson Ste 4525,
               Chicago, IL 60601-6733
12341694     +Jennifer Cherry,    12247 Peoria,    Chicago, IL 60643-5511
12188260     +LaSalle Bank N.A.,    135 South LaSalle Street,    Chicago, IL 60603-4177
12188261      Marine Services Corp.,    PO Box 639,    140th and Cottage,    Dolton, IL 60419-0639
12188262     +Maurice and Deidera Byrd,    2255 Chestnut,    Glenview, IL 60026-1676
12188263     +Maurice and Deidra Byrd,    2255 Chestnut,    Glenview, IL 60026-1676
12221209     +PEOPLES GAS LIGHT AND COKE CO,    130 E RANDOLPH DRIVE,    CHICAGO, IL 60601-6207
12188264     +Peoples Gas,    Prudential Bldg., Special Projects,    130 E. Randolph Dr.,
               Chicago, IL 60601-6207
12188265     +Polsinelli Shughart PC,    180 North Stetson Avenue Suite 4525,    Chicago, IL 60601-6733
12341696     +Shawn Peoples,    670 142nd St,    Dolton, IL 60419-1037
12188267     +Shore Bank,    Carrie A. Dolan,    Cohon Raizes & Regal LLP,    208 S. LaSalle St, Suite 1860,
               Chicago,IL 60604-1160
12188266     +Shore Bank,    3401 S King Drive,    Chicago, IL 60616-4207
13485372     +ShoreBank,    Carrie A. Dolan,    Cohon Raizes & Regal LLP,    208 S. LaSalle St. Suite 1860,
               Chicago,IL 60604-1160
12188268      Southwest Airlines Credit Card,    PO Box 15153,    Wilmington, DE 19886-5153
12188269     +St. Louis Metropolitan Sewer Dist.,    PO Box 437,    Saint Louis, MO 63166-0437
12188270      Travelers Insurance RMS,    7547 N Rogers Ave,    Chicago, IL 60626-1709
12188271     +Wiczer & Zelmar,    500 Skokie Blvd sutie 350,    Northbrook, IL 60062-2856
The following entities were noticed by electronic transmission on Aug 10, 2010.
12188256      E-mail/Text: legalcollections@comed.com                            ComEd,   Bill Payment Center,
               Chicago, IL 60668-0001
12281463     +E-mail/Text: legalcollections@comed.com                            ComEd Company,
               Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
13485764      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 11 2010 00:51:16
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
               Chicago, IL 60601-4277
12889622*     American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12341695    ##+Pamela Moore,    13925 Park,    Dolton, IL 60419-1026
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: ahamilton          Page 2 of 2              Date Rcvd: Aug 10, 2010
Case: 08-10688                Form ID: pdf006          Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2010**                    **Signature:**    *Joseph Speetjens*