# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ELB CAPITAL, LLC | § Case No. 08-10688 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $12,528.40 | Claims Discharged Without Payment: $2,471,499.32 |
| Total Expenses of Administration: $10,295.24 | |

3) Total gross receipts of $ 22,823.64 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $22,823.64 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 10,295.24 | 10,295.24 | 10,295.24 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 5.79 | 5.79 | 5.79 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 0.00 | 2,697,824.20 | 2,484,021.93 | 12,522.61 |
| **TOTAL DISBURSEMENTS** | $0.00 | $2,708,125.23 | $2,494,322.96 | $22,823.64 |

4) This case was originally filed under Chapter 7 on April 29, 2008. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/04/2011        By: /s/KAREN R. GOODMAN
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Prius | 1129-000 | 22,800.00 |
| Interest Income | 1270-000 | 23.64 |
| **TOTAL GROSS RECEIPTS** | | **$22,823.64** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 3,032.09 | 3,032.09 | 3,032.09 |
| SHEFSKY & FROELICH, LTD | 3110-000 | N/A | 2,302.00 | 2,302.00 | 2,302.00 |
| ALAN D. LASKO | 3410-000 | N/A | 4,877.60 | 4,877.60 | 4,877.60 |
| ALAN D. LASKO | 3420-000 | N/A | 42.00 | 42.00 | 42.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 18.38 | 18.38 | 18.38 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | | 2300-000 | N/A | 23.17 | 23.17 | 23.17 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 10,295.24 | 10,295.24 | 10,295.24 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Clerk of the Bankruptcy Court | 5600-000 | N/A | 5.79 | 5.79 | 5.79 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 5.79 | 5.79 | 5.79 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PEOPLES GAS LIGHT AND COKE CO | 7100-000 | N/A | 518.80 | 518.80 | 0.00 |
| 2 | ComEd Company | 7100-000 | N/A | 254.01 | 254.01 | 0.00 |
| 3 | American Express Bank FSB | 7100-000 | N/A | 373.42 | 373.42 | 0.00 |
| 4 | American Express Bank FSB | 7100-000 | N/A | 6,097.54 | 6,097.54 | 30.75 |
| 5S | ShoreBank | 7100-000 | N/A | 972,000.00 | 972,000.00 | 4,902.37 |
| 5U | ShoreBank | 7100-000 | N/A | 69,923.24 | 69,923.24 | 352.66 |
| 6S | ShoreBank | 7100-000 | N/A | 750,000.00 | 750,000.00 | 3,782.70 |
| 6U | ShoreBank | 7100-000 | N/A | 455,431.64 | 455,431.64 | 2,297.01 |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 15,621.01 | 15,621.01 | 78.79 |
| 8 | Heartland Bank | 7100-000 | N/A | 213,802.27 | 0.00 | 0.00 |
| 9 | Heartland Bank | 7100-000 | N/A | 213,802.27 | 213,802.27 | 1,078.33 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 2,697,824.20 | 2,484,021.93 | 12,522.61 |

UST Form 101-7-TDR (10/1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-10688
Case Name: ELB CAPITAL, LLC

Trustee: (520191) KAREN R. GOODMAN
Filed (f) or Converted (c): 04/29/08 (f)
§341(a) Meeting Date: 05/27/08

Period Ending: 01/04/11

Claims Bar Date: 02/03/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7905 Clyde, Chicago, interest in land trust | 972,000.00 | 0.00 | | 0.00 | FA |
| 2 | 448 Price, Calumet, interest in land trust | 110,000.00 | 0.00 | | 0.00 | FA |
| 3 | 526 Buffalo, Calumet, interest in land trust | 125,000.00 | 0.00 | | 0.00 | FA |
| 4 | 14410 Dante, Dolton, IL 100% owner of beneficial | 125,000.00 | 0.00 | | 0.00 | FA |
| 5 | 670 142nd Street, Dolton, interest in land trust | 130,000.00 | 0.00 | | 0.00 | FA |
| 6 | 12247 Peoria, Chicago, interest in land trust | 135,000.00 | 0.00 | | 0.00 | FA |
| 7 | Acct No. 1882087399 Washington Mutual | 100.00 | 100.00 | | 0.00 | FA |
| 8 | Claim in suit filed in Illinois & Indiana<br>  Defendant can't be found. Uncollectible. | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 9 | 2007 Prius | 14,100.00 | 14,100.00 | | 22,800.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 23.64 | FA |
| 10 | Assets   Totals (Excluding unknown values) | $1,641,200.00 | $44,200.00 | | $22,823.64 | $0.00 |

**Major Activities Affecting Case Closing:**

File tax returns; review claims; file TFR.

Initial Projected Date Of Final Report (TFR):   September 30, 2009         Current Projected Date Of Final Report (TFR):   August 9, 2010  (Actual)

Printed: 01/04/2011 02:01 PM    V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-10688 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | ELB CAPITAL, LLC | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****12-65 - Money Market Account |
| Taxpayer ID #: | **-***0294 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 01/04/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/03/08 | {9} | CHICAGO LIQUIDATORS SERVICES, INC. | ON-LINE SALE OF 2007 TOYOTA PRIUS PER COURT ORDER DATED 09/24/08 | 1129-000 | 22,800.00 | | 22,800.00 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.49 | | 22,801.49 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.61 | | 22,803.10 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.93 | | 22,804.03 |
| 02/06/09 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/06/2009 FOR CASE #08-10688, CHAPTER 7 BLANKET BOND ILLINOIS-CHICAGO-NORTHERN DISTRICT | 2300-000 | | 18.38 | 22,785.65 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.86 | | 22,786.51 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.99 | | 22,787.50 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.92 | | 22,788.42 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.89 | | 22,789.31 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.99 | | 22,790.30 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.96 | | 22,791.26 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.96 | | 22,792.22 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.92 | | 22,793.14 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.92 | | 22,794.06 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.96 | | 22,795.02 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.96 | | 22,795.98 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.89 | | 22,796.87 |
| 02/04/10 | 1002 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #08-10688, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond II Voided on 02/04/10 | 2300-000 | | 23.17 | 22,773.70 |
| 02/04/10 | 1002 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #08-10688, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond II Voided: check issued on 02/04/10 | 2300-000 | | -23.17 | 22,796.87 |
| 02/04/10 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #08-10688, Bond #016026455 | 2300-000 | | 23.17 | 22,773.70 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.86 | | 22,774.56 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.02 | | 22,775.58 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.58 | | 22,776.16 |
| 04/20/10 | | Wire out to BNYM account 9200******1265 | Wire out to BNYM account 9200******1265 | 9999-000 | -22,776.16 | | 0.00 |
| | | | | Subtotals : | $41.55 | $41.55 | |

{} Asset reference(s)

Printed: 01/04/2011 02:01 PM V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-10688 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | ELB CAPITAL, LLC | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****12-65 - Money Market Account |
| Taxpayer ID #: | **-***0294 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 01/04/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 41.55 | 41.55 | $0.00 |
| | | | Less: Bank Transfers | | -22,776.16 | 0.00 | |
| | | | **Subtotal** | | 22,817.71 | 41.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,817.71** | **$41.55** | |

{} Asset reference(s)

Printed: 01/04/2011 02:01 PM   V.12.56

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-10688 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | ELB CAPITAL, LLC | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****12-66 - Checking Account |
| Taxpayer ID #: | **-***0294 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 01/04/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 01/04/2011 02:01 PM    V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 08-10688 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | ELB CAPITAL, LLC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******12-65 - Money Market Account |
| Taxpayer ID #: | **-***0294 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 01/04/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1265 | Wire in from JPMorgan Chase Bank, N.A. account ********1265 | 9999-000 | 22,776.16 | | 22,776.16 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.48 | | 22,776.64 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.35 | | 22,777.99 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.31 | | 22,779.30 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.35 | | 22,780.65 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.36 | | 22,782.01 |
| 09/14/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.08 | | 22,782.09 |
| 09/14/10 | | To Account #9200******1266 | FUNDS TRANSFER TO EFFECT DISTRIBUTION PER COURT ORDER DATED 9/14/2010 | 9999-000 | | 22,782.09 | 0.00 |
| | | | ACCOUNT TOTALS | | 22,782.09 | 22,782.09 | $0.00 |
| | | | Less: Bank Transfers | | 22,776.16 | 22,782.09 | |
| | | | Subtotal | | 5.93 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5.93 | $0.00 | |

{} Asset reference(s)  
Printed: 01/04/2011 02:01 PM    V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 08-10688 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | ELB CAPITAL, LLC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******12-66 - Checking Account |
| Taxpayer ID #: | **-***0294 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 01/04/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/14/10 | | From Account #9200******1265 | FUNDS TRANSFER TO EFFECT DISTRIBUTION PER COURT ORDER DATED 9/14/2010 | 9999-000 | 22,782.09 | | 22,782.09 |
| 09/15/10 | 10101 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 09/14/2010 | 3420-000 | | 42.00 | 22,740.09 |
| 09/15/10 | 10102 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 09/14/2010 | 3410-000 | | 4,877.60 | 17,862.49 |
| 09/15/10 | 10103 | KAREN R. GOODMAN, TRUSTEE | TRUSTEE COMPENSATION PER COURT ORDER DATED 09/14/2010 | 2100-000 | | 3,032.09 | 14,830.40 |
| 09/15/10 | 10104 | SHEFSKY & FROELICH, LTD | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 09/14/2010 | 3110-000 | | 2,302.00 | 12,528.40 |
| 09/15/10 | 10105 | American Express Bank FSB | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 PER COURT ORDER DATED 09/14/2010 | 7100-000 | | 30.75 | 12,497.65 |
| 09/15/10 | 10106 | ShoreBank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5U PER COURT ORDER DATED 09/14/2010 | 7100-000 | | 352.66 | 12,144.99 |
| 09/15/10 | 10107 | ShoreBank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6S PER COURT ORDER DATED 09/14/2010 | 7100-000 | | 3,782.70 | 8,362.29 |
| 09/15/10 | 10108 | ShoreBank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6U PER COURT ORDER DATED 09/14/2010 | 7100-000 | | 2,297.01 | 6,065.28 |
| 09/15/10 | 10109 | ShoreBank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5S PER COURT ORDER DATED 09/14/2010 | 7100-000 | | 4,902.37 | 1,162.91 |
| 09/15/10 | 10110 | FIA CARD SERVICES, NA/BANK OF AMERICA | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 7 PER COURT ORDER DATED 09/14/2010 | 7100-000 | | 78.79 | 1,084.12 |
| 09/15/10 | 10111 | Heartland Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 9 PER COURT ORDER DATED 09/14/2010 | 7100-000 | | 1,078.33 | 5.79 |
| 11/17/10 | 10112 | Clerk of the Bankruptcy Court | Deposit of Unclaimed Funds | 5600-000 | | 5.79 | 0.00 |
| | | | ACCOUNT TOTALS | | 22,782.09 | 22,782.09 | $0.00 |
| | | | Less: Bank Transfers | | 22,782.09 | 0.00 | |
| | | | Subtotal | | 0.00 | 22,782.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $22,782.09 | |

{} Asset reference(s)                                              Printed: 01/04/2011 02:01 PM    V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 08-10688 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | ELB CAPITAL, LLC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******12-66 - Checking Account |
| Taxpayer ID #: | **-***0294 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 01/04/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****12-65 | 22,817.71 | 41.55 | 0.00 |
| Checking # ***-*****12-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******12-65 | 5.93 | 0.00 | 0.00 |
| Checking # 9200-******12-66 | 0.00 | 22,782.09 | 0.00 |
| | $22,823.64 | $22,823.64 | $0.00 |

{} Asset reference(s)

Printed: 01/04/2011 02:01 PM    V.12.56